IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARILU HERNANDEZ, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:21-CV-64-LY |
| § | |
| AMSHER COLLECTION SERVICES, INC., § | |
| DEFENDANTS. § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On July 6, 2021, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #15) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE